An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD R. ADAIR,

             Appellant,

       vs.

TONI K. ADAIR,

          Respondent.

No. 68875

**FILED**

OCT 23 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order striking appellant's complaint and denying a motion to rescind a temporary protective order. Fourth Judicial District Court, Elko County; Alvin R. Kacin, Judge. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order striking a complaint or denying a motion to rescind a temporary protective order. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-32372

cc: Hon. Alvin R. Kacin, District Judge
Donald R. Adair
Volunteer Attorneys for Rural Nevadans
Elko County Clerk